UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LAWRENCE SALAMENO, and,
THERESA SALAMENO,

        *Plaintiffs*,　　　　　　　　　　Case No. 1:19-cv-04442-PGG

  -against-

BRITTANY RAWLINGS,　　　　　　　　　　**NOTICE OF APPEARANCE**
SMARTBOSS INC., and
FASHIONBOSS, LLC,

        *Defendants*.
-----------------------------------------------------------------X

**TO:**　Clerk of Court and All Parties of Record

**PLEASE TAKE NOTICE** that Glen A. Kendall, Esq., of McLoughlin, O'Hara, Wagner & Kendall, LLP, hereby appears in the above-captioned proceeding as counsel to Defendants Brittany Rawlings, SmartBoss Inc., and FashionBoss, LLC, certifies that he is admitted to practice in this Court, and further requests that copies of all papers in this action be served on the undersigned at the address below.

Dated: New York, NY
       June 25, 2019

                                  MCLOUGHLIN, O'HARA, WAGNER & KENDALL, LLP

                        By: */s/ Glen Kendall*_____
                              Glen A. Kendall, Esq.
                              250 Park Avenue, 7th Floor
                              New York, New York 10177
                              Telephone: (212) 920-6695
                              Facsimile: (917) 382-3934
                              Email: gkendall@mowklaw.com

                              *Co-Attorneys for Defendants*