# "Exhibit "B"

Account number: ███████6512 ■ April 8, 2016 - May 6, 2016 ■ Page 2 of 8

## Transaction history

| Date | Check Number | Description | Deposits/ Credits |
|---|---|---|---|
| 4/8 | | ███████ | |
| 4/8 | | ███████ | |
| 4/8 | | ███████ | |
| 4/8 | | ███████ | |
| 4/8 | | ███████ | |
| 4/8 | | ███████ | |
| 4/8 | | ███████ | |
| 4/11 | | WT Fed#07441 Bank of America CO /Org=Penny Black Holdings II, LLC 46 Tam Srf# 2016041100289775 Trn#160411080755 Rfb# P46102023790 | 230,000.00 |
| 4/11 | | Wire Trans ███████ | |