# Exhibit "C"

 Gmail                                          Brittany Rawlings <fashionbosses@gmail.com>

## Fwd: Follow Up: Penny Black

**Brittany Rawlings** <brittany@fashionboss.com>                    Wed, Sep 11, 2013 at 11:54 AM
To: john@fashionboss.com

Brittany Rawlings Esq.

Begin forwarded message:

> **From:** "Lawrence C. Salameno" <LSalameno@permal.com>
> **Date:** September 10, 2013, 2:07:02 PM PDT
> **To:** Brittany Rawlings <brittany@fashionboss.com>
> **Subject: RE: Follow Up: Penny Black**
>
> Dear Brittany,
>
> Please be advised that I will be disbursing $40,000 around September 15th.
>
> Regards,
>
> Larry Salameno
>
> Dear Brittany,
>
> Hope all is well and thanks for your email.  Please be advised that I will disburse the funds on September 15th.
>
> Many thanks and regards,
>
> Larry Salameno
>
> **From:** Brittany Rawlings [mailto:brittany@fashionboss.com]
> **Sent:** Wednesday, September 04, 2013 11:37 AM
> **To:** Lawrence C. Salameno
> **Subject:** Re: Follow Up: Penny Black

Dear Mr. Salameno,

I want to thank you again for your support with Fashionboss. With your help, I have engaged the web developers and we are off to the races! After paying the initial payment to commence the web development, I have set up the remaining payment structure to coincide with your disbursement of funds in September and the first of October.

At this time, may I kindly request that September's wire be disbursed? I will be providing an update after my work trip to California :)

Thank you so much!

Warm Regards,

**Brittany Rawlings**

Founder/ Fashion Lawyer/ Fashion Designer

# FASHIONBOSS

E  |  Brittany@fashionboss.com

O |  (917) 647-4599

C |  (239) 293-4391

www.fashionboss.com

P  THINK GREEN! BEFORE PRINTING THIS E-MAIL PLEASE CONSIDER WHETHER IT IS NECESSARY TO DO SO.

CONFIDENTIAL INFORMATION: THIS EMAIL MESSAGE ANY ANY ATTACHMENTS THEREIN IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR USE OF THE ADDRESSEE NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. THERE IS AND SHALL BE NO WAIVER OF ANY PRIVILEGE OR CONFIDENCE BY YOUR RECEIPT OF THIS TRANSMISSION. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE RETURN MAIL TO SENDER BY REPLYING TO THIS EMAIL MESSAGE OR BY TELEPHONE. THANK YOU.

---

**From:** Larry Salameno <lsalameno@permal.com>
**Date:** Friday, August 9, 2013 4:31 PM
**To:** Brittany Rawlings <brittany@fashionboss.com>
**Subject:** RE: Follow Up: Penny Black

Dear Brittany,

Hope all is well and thanks for your email.  It was nice seeing you on Tuesday.   Would you be kind enough to send me your wire instructions.

Have a great weekend.

Daisy for Larry Salameno

---

**From:** Brittany Rawlings [mailto:brittany@fashionboss.com]
**Sent:** Thursday, August 08, 2013 6:53 PM
**To:** Lawrence C. Salameno
**Cc:** Charles Salameno; James Barry
**Subject:** Follow Up: Penny Black

Dear Mr. Salameno,

Thank you very much for having me at your home on Tuesday to discuss Fashionboss and for the second milestone of $100,000. I am so grateful for Penny Black's support.

Please let me know if you would prefer to wire, mail, or have me come to your home to receive September's check.

I also wanted to update you on my meetings yesterday:

I met with the Council of Fashion Designers of America (CFDA), and Manufacture NY Inc., a huge warehouse where our customers could not only take our educational lessons in person, but also manufacture their fashion in this shared workspace. Both meetings went well and we are scheduling follow-up meetings to further discuss these partnerships. With both partnerships, an additional goal is to create a customized web page where both business's online traffic will be directed to Fashionboss's website for educational needs.

Lastly, I will be engaging the web developer, Kremsa, this week after we finalize this cost negotiation.

Thank you very much!

**Warm Regards,**

**Brittany Rawlings**

Founder/ Fashion Lawyer/ Fashion Designer

**FASHIONBOSS**

E  |  Brittany@fashionboss.com
O  |  (917) 647-4599
C  |  (239) 293-4391
www.fashionboss.com

B  |  tumblr Fashion Law
T  |  twitter
F  |  facebook
P  |  pinterest

P  THINK GREEN! BEFORE PRINTING THIS E-MAIL PLEASE CONSIDER WHETHER IT IS NECESSARY TO DO SO.

CONFIDENTIAL INFORMATION: THIS EMAIL MESSAGE ANY ANY ATTACHMENTS THEREIN IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR USE OF THE ADDRESSEE NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. THERE IS AND SHALL BE NO WAIVER OF ANY PRIVILEGE OR CONFIDENCE BY YOUR RECEIPT OF THIS TRANSMISSION. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE RETURN MAIL TO SENDER BY REPLYING TO THIS EMAIL MESSAGE OR BY TELEPHONE. THANK YOU.

Notice:

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is also proprietary or privileged. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. Please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Permal Group Ltd. and its subsidiaries (together,"Permal") archive and review outgoing and incoming e-mail, which may be produced at the request of one or more regulators or in connection with litigation. Permal accepts no liability for any errors or omissions arising as a result of e-mail transmission. E-mail is an inherently insecure form of communication and Permal does not accept liability for any unintentional damage caused to a recipient's system by this e-mail message and/or its attachments nor for any unauthorized access to or interference with this e-mail that may occur. Any proposals, offers or other potential terms described or referred to in this message are "subject to contract" and shall not be binding on Permal, unless contained in a written agreement executed by all necessary parties by their duly authorized representative(s). Past performance is not indicative of future results. This material is not an offer or a solicitation to subscribe for any investment fund or other financial product or service.

Permal Investment Management Services Limited, Companies House Registration Number 0353219, and Jubilee Advisers LLP, Companies House Registration Number OC304870, are authorised and regulated by the Financial Conduct Authority in the UK. Permal Investment Management Services Limited is also regulated by the Dubai Financial Services Authority. Permal (Singapore) Pte. Limited, Company Registration Number 200711607C, is regulated by the Monetary Authority of Singapore. Permal (Japan) K.K., Registration Number: Director General of Kanto Local Finance Bureau ("KLFB") (FIEA) No. 2335, is authorized by the KLFB in Japan as a non-discretionary investment adviser. Jubilee Asset Management Limited is licensed and regulated by the Guernsey Financial Services Commission. Permal Group SAS is authorized by the Authorite Des Marches Financiers in France.

Notice:

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is also proprietary or privileged. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. Please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Permal Group Ltd. and its subsidiaries (together,"Permal") archive and review outgoing and incoming e-mail, which may be produced at the request of one or more regulators or in connection with litigation. Permal accepts no liability for any errors or omissions arising as a result of e-mail transmission. E-mail is an inherently insecure form of communication and Permal does not accept liability for any unintentional damage caused to a recipient's system by this e-mail message and/or its attachments nor for any unauthorized access to or interference with this e-mail that may occur. Any proposals, offers or other potential terms described or referred to in this message are "subject to contract" and shall not be binding on Permal, unless contained in a written agreement executed by all necessary parties by their duly authorized representative(s). Past performance is not indicative of future results. This material is not an offer or a solicitation to subscribe for any investment fund or other financial product or service.

Permal Investment Management Services Limited, Companies House Registration Number 0353219, and Jubilee Advisers LLP, Companies House Registration Number OC304870, are authorised and regulated by the Financial Conduct Authority in the UK. Permal Investment Management Services Limited is also regulated by the Dubai Financial Services Authority. Permal (Singapore) Pte. Limited, Company Registration Number 200711607C, is regulated by the Monetary Authority of Singapore. Permal (Japan) K.K., Registration Number: Director General of Kanto Local Finance Bureau ("KLFB") (FIEA) No. 2335, is authorized by the KLFB in Japan as a non-discretionary investment adviser. Jubilee Asset Management Limited is licensed and regulated by the Guernsey Financial Services Commission. Permal Group SAS is authorized by the Authorite Des Marches Financiers in France.