**Exhibit "F"**

-------- Original Message --------
Subject: Fwd: Script
From: Theresa Salameno <tsalameno@gmail.com>
Date: Thu, June 12, 2014 9:28 am
To: Brittany Rawlings <Brittany@fashionboss.com>

Hi Brittany,

Firstly I want to say how sorry I am that the funding is in question. The market fluctuations have had an negative impact and sadly it has now affected your project that I am honored to partner you in. I am sure that by adjusting our initial goals we can still produce a website while seeking additional funding.

I was not able to reach Zack so please see the email below that I sent to him.

Take care,

Theresa