# EXHIBIT C



CONFIDENTIAL
Defendants JURISDICTION 000281

# ROLLING ENTREPRENEURSHIP RFEI
## Request for Proposal

# FASHIONBOSS®

www.fashionboss.com
274 Madison Ave #PH
New York, NY

CONFIDENTIAL
Defendants JURISDICTION 000284

# RESPONDENT INFORMATION

## MANAGEMENT TEAM

FashionBoss LLC was incorporated as a Florida Limited Liability Company in 2012 but may be converted to a NY or Delaware Corporation at the request of investors. Fashionboss.com was secured, along with all relevant social media accounts. In 2013, FashionBoss was trademarked. In 2012, Brittany Rawlings copyrighted the concept. FashionBoss is uses the office address of STAR Angel Network, an NYC based angel network comprised of professional athletes and successful entrepreneurs. STAR Angel Network Partners have taken an advisory role with FashionBoss.

**Brittany Rawlings (Founder, CEO):** Fashion lawyer and corporate litigator with a degree in Business and Entrepreneurship; a Gen Art's Fresh Face in Fashion Accessory Designer for her own line, B.Rawlings which was showcased in international Vogue publications and carried at Bloomingdale's. FashionBoss is Rawlings' third fashion business and the 10th time she has served as a CEO of a fashion business.

**William McDermott (CCO and UX/UI):** Art director and Creative Consultant for the last 15+ years. Previous Partner /Design Director at Kern and Lead design with experience in UX / UI advertising, visual story-telling and e-commerce. Sr. Positions at Victoria's Secret, Bath & Body Works, & Field and Steam.

**Arun Umapathy (Full Stack Lead Developer):** Former CTO and president of Bull & Bears Partners, a fin-tech software for futures and options trading. Arun has machine learning and tech startup experience. He is also a Senior Software Developer for TechDay HQ. Specialist in Ruby on Rails.

**Penny Papanikolaou (CFO):** CPA and Financial Controller at Elite Daily, an online fashion news marketplace with 75 million monthly unique readers, Penny has experience in financial technology at FundTech, startups and fashion.

**Sasha Ternent (CMO):** MBA in Luxury Businesses, certified investment manager, Google Analytics specialist, and fashion industry specialist with international experience in helping startups and high profile brands, such as Bottega Veneta, Altelier-to-Go, Interbrand, and Salt Resort Wear, develop their online business and multichannel marketing strategies.

**Jesse Mauro (Mobile and Front-End Developer):** Principle at NYC Dev Shop and Co Founder of DevWorks Lab in New York City. Specialist in front-end and UX/UI with an emphasis on mobile platforms.

**Caitlin Shockley (Business Development):** Graduate of Parsons The New School for Design, a former Marketing Coordinator at Hermes of Paris, and co-founder and publicist at The Creative Agency, Caitlin brings more than 10 years of experience in developing and activating events, comprehensive branding and PR strategies for tech startups

**Laura Resetar (Management):** A graduate of Virginia Military Institute with a focus in business operations and communications, Ms. Resetar is a highly skilled logistics and production manager at MergerMarket in NYC, a business development and analysis tool for the M&A sector. Laura has exceptional project management, organizational and execution capabilities.

## PARTNERS

Without any marketing budget or staff, FashionBoss has formed strategic partnerships with Manufacture New York, Open Source Fashion, D.C. Fashion Foundation, Banson NYC, Brand Assembly, WeConnectFashion, Fashion Group International (pending), Gilt Groupe /Gilt City.

## INVESTORS

Lawrence Salameno Esq. of Permal Group Inc., Penny Black Investments, a technology VC, and Merril Lynch

Sharon Hanlon Esq., of Zelman & Hanlon P.A.

## ADVISORS & SUPPORTERS

Shawn Rogers and Justin Humphries of STAR Angel Network, a VC group for celebrities; James Barry, Managing Director at Penny Black Investments; Richard Stone Esq., President of Palm Beach Investment Group; Adam Eilenerg Esq., partner and founder of Eilenberg & Krause LLP, a New York boutique law firm specializing in corporate and securities law.

Other industry supporters include Henry Welt, F.I.T. Entrepreneurial Professor and former CEO of Van Cleef Arpels; Bill Rossi, Univ. of Florida's Entrepreneurship Professor; Martin Whittaker, Senior Counsel of American Bar Association; Guillermo Jimenez of F.I.T.; Erica Russo, VP Buyer, Bloomingdales, NYC, and many others.

## LEGAL REPRESENTATION

Eilenberg & Krause LLP: Corporate and Securities Transactions
Akerman LLP: IP and business litigation

## INSURED BY

First Idemnity

CONFIDENTIAL
Defendants JURISDICTION 000285