# EXHIBIT P

FashionBoss wells fargo statement 6512 may 2016 .pdf (page 2 of 8)

Case 1:19-cv-04442-PGG-BCM   Document 55-16   Filed 11/05/19   Page 2 of 2
Case 1:19-cv-04442-PGG-BCM   Document 21-1   Filed 07/30/19   Page 2 of 2

# "Exhibit "B"

Account number: ██████6512   ■ April 8, 2016 - May 6, 2016   ■ Page 2 of 8

## Transaction history

| Date | Check Number | Description | Deposits/Credits |
|---|---|---|---|
| 4/8 | | ███████ | |
| 4/8 | | ███████ | |
| 4/8 | | ███████ | |
| 4/8 | | ███████ | |
| 4/8 | | ███████ | |
| 4/8 | | ███████ | |
| 4/8 | | ███████ | |
| 4/11 | | WT Fed#07441 Bank of America CO /Org=Penny Black Holdings II, LLC 46 Tam Srf# 2016041100289775 Trn#160411080755 Rfb# P46102023790 | 230,000.00 |
| 4/11 | | ███████ | |