UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAWRENCE SALAMENO and THERESA SALAMENO,

    Plaintiffs,

-against-

BRITTANY RAWLINGS, SMARTBOSS INC., and FASHIONBOSS INC.,

    Defendants.



19-CV-4442 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed plaintiffs' letter dated March 20, 2020 (Dkt. No. 63), noting the death of plaintiff Lawrence Salameno and the appointment of plaintiff Theresa Salameno as executor of his estate. The Court extends its condolences to the Salameno family. Pursuant to Fed. R. Civ. P. 25(a)(1), "[a] motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." *See generally Grant v. Witherspoon*, 2020 WL 71052 (S.D.N.Y. Jan. 3, 2020).

Dated: New York, New York
       March 23, 2020

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**