UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/20
```

LAWRENCE SALAMENO, and
THERESA SALAMENO,

                  Plaintiffs,

– against –

BRITTANY RAWLINGS,
SMARTBOSS, INC., and
FASHIONBOSS, LLC,

                  Defendants.

19 Civ. 4442 (PGG) (BCM)

## ORDER

The Court having considered the Motion filed by Theresa Salameno, in her capacity as Personal Representative of the Estate of Lawrence Salameno, pursuant to Federal Rule Civil Procedure 25(a)(1), for an order substituting her, as Personal Representative of the Estate of Lawrence Salameno, for Lawrence Salameno as Plaintiff in this action, and for conforming change in the caption of the action, it is hereby

**Ordered** that Theresa Salameno, as Personal Representative of the Estate of Lawrence Salameno, shall be substituted for Lawrence Salameno as Plaintiff in the action; and it is hereby

**Ordered** that the caption of the case shall be amended to *Theresa Salameno, Individually and on Behalf of the Estate of Lawrence Salameno, v. Brittany Rawlings, SmartBoss, Inc. and FashionBoss, LLC.*

Done on this 11th day of June, 2020.

                                                        United States Magistrate Judge

{00132468 1 }