

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THERESA SALAMENO, *individually and on behalf of the Estate of Lawrence Salameno*,

    Plaintiff,

-against-

BRITTANY RAWLINGS, et al.

    Defendants.

19-CV-4442 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    By order dated March 22, 2021, Judge Gardephe directed that plaintiff move for leave to file an amended complaint, if at all, no later than April 5, 2021. No motion having been filed, plaintiff shall advise the Court in writing no later than **April 16, 2021**, whether she intends to proceed on her remaining claims. If so, the letter shall also propose two dates, convenient to all counsel (approximately four weeks from the date of the letter), for a pretrial and discovery scheduling conference pursuant to Fed. R. Civ. P. 16.

Dated: New York, New York
       April 8, 2021

                                      **SO ORDERED**.

                                      **BARBARA MOSES**
                                      **United States Magistrate Judge**