IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Theresa Salameno, Individually and on behalf of the Estate of Lawrence Salameno  Plaintiff(s)<br><br>v.<br><br>Brittany Rawlings, SmartBoss, Inc. and FashionBoss, LLC  Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.: 1:19-cv-04442 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Theresa Salameno  and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Brittany Rawlings, SmartBoss, Inc. and FashionBoss, LLC

Date: June 1, 2021

/s Benjamin R. Allee
_____
*Signature of plaintiffs or plaintiff's counsel*

140 Grand St., Suite 705
_____
*Address*

White Plains, NY 10601
_____
*City, State & Zip Code*

(914) 686-1500
_____
*Telephone Number*

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

June 3, 2021