# EXHIBIT B

**Brittany Rawlings Esq. <br@brawlings.com>**     10/22/2012 10:18 AM

Today's meeting

To Dacosta@permal com <dacosta@permal com> • Charles Salermo <csalameno@pennyblackllc.com>

Hello Daisy,

My apologies for not having your direct number. I wanted to notify you that I may be 5 mins late as my Amtrak train from Washington D.C. ran behind this morning.

Thank you,

Brittany Rawlings Esq.

CONFIDENTIAL
Defendants JURISDICTION 000042

 All Inboxes 

From: **Jim Barry** 

To: B. Rawlings email                Hide

**Re: Follow up meeting**
October 23, 2012 at 6:51 AM
Found in Brawlings Inbox

11 is fine.

James Barry
900 Third Avenue
25th Floor
NY,NY
10022

> On Oct 23, 2012, at 12:33 AM, "Brittany Rawlings Esq." <br@brawlings.com> wrote:
>
> Hi Jim,
>
> Thanks for your email and sorry for the late

CONFIDENTIAL
Defendants JURISDICTION 000043