# EXHIBIT E

Print | Close Window

| | |
|---|---|
| Subject | Follow up |
| From | James Barry <jbarry@pennyblackllc.com> |
| Date | Mon, Jan 21, 2013 3 02 pm |
| To | "Brittany Rawlings Esq." <br@brawlings.com> |

Brittany,
Thank you for taking the long trip up for such a short meeting. Hopefully you are happy with the result. Let me know how I can be helpful moving forward. You were overwhelmingly prepared and we are very excited to work with you in the very near future.

Best,
Jim

James Barry
Managing Director
Penny Black
900 Third Avenue
25th Floor
NY, NY
10022

646.783 3830 office
917.930.4762 mobile
www.pennyblackllc.com

Copyright © 2003-2019. All rights reserved.

**Brittany Rawlings <br@brawlings.com>**  5/31/2019 4:36 PM

**January 22, 2013**

To Jonathan Davidoff <jonathan@davidofflawfirm.com>

Brittany Rawlings Esq.

Begin forwarded message:

> **From:** Brittany Rawlings < br@brawlings.com>
> **Date:** January 22, 2013 at 11:35:12 AM EST
> **To:** James Barry < jbarry@pennyblackllc.com>
> **Subject: Re: Follow up**
>
> Hi Jim,
>
> Thank you so much for your note! I appreciate you and Larry taking the time to meet with me yesterday. I am very happy with the $250,000 proposed investment. I believe I have a number in my head for the equity terms, but would greatly appreciate your thoughts on this as well. I will send you the corporate documents this evening. Also, if there are any proposed agreements that need to be reviewed or signed on my end, feel free to send me any at your convenience so that I can have these things ready come end of February when we meet again!
>
> Also spoke with Elizabeth and will be assisting her with the trademark next month when I finish the bar, and reminded her about the copyright assignment- which she says was already done.
>
> Thank you so much again,
>
> BRITTANY RAWLINGS, Esq.
>
>
> The Law Firm of Brittany Rawlings, P.A.
> Fashion Lawyer & Corporate Litigator
> E | br@brawlings.com
> C | (239) 293-4391
>
> O | (917) 647-4599
>
>
> P THINK GREEN! BEFORE PRINTING THIS E-MAIL PLEASE CONSIDER WHETHER IT IS NECESSARY TO DO SO.
> CONFIDENTIAL INFORMATION: THIS EMAIL MESSAGE ANY ANY ATTACHMENTS THEREIN IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR USE OF THE ADDRESSEE NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. THERE IS AND SHALL BE NO WAIVER OF ANY PRIVILEGE OR CONFIDENCE BY YOUR RECEIPT OF THIS TRANSMISSION. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE RETURN MAIL TO SENDER BY REPLYING TO THIS EMAIL MESSAGE OR BY TELEPHONE. THANK YOU.
>
>
> On 1/21/13 3:02 PM, "James Barry" < jbarry@pennyblackllc.com> wrote:
>
>> Brittany,
>>
>> Thank you for taking the long trip up for such a short meeting. Hopefully
>>
>> you are happy with the result. Let me know how I can be helpful moving
>>
>> forward. You were overwhelmingly prepared and we are very excited to work
>>
>> with you in the very near future.
>>
>>
>> Best,
>>
>> Jim
>>
>>
>> James Barry

CONFIDENTIAL
Defendants JURISDICTION 000055

> Managing Director
> Penny Black
> 900 Third Avenue
> 25th Floor
> NY, NY
> 10022
>
> 646.783 3830 office
> 917.930.4762 mobile
> www.pennyblackllc.com

CONFIDENTIAL
Defendants JURISDICTION 000056

**Subject** Thank you
**From** Brittany Rawlings <brittany@fashionboss.com>
**Date** Tue, Jan 22, 2013 11 48 am
**To** <lsalameno@permal.com>
**Attach** 56EAB3C8-2929-4D38-8066-0E190F3B8192[7].png

Dear Larry,

Thank you so much for meeting with me yesterday and for your support. I am truly honored.
Look forward to meeting again at the end of February to finalize the terms and get started!

**Warm Regards,**

Brittany Rawlings
Founder/ Fashion Lawyer/ Fashion Designer

# FASHIONBOSS

E | Brittany@fashionboss.com
O | (917) 647-4599
C | (239) 293-4391
www.fashionboss.com

B | tumblr FashionBoss
B | tumblr Fashion Law
T | twitter
F | facebook
P | pinterest

P THINK GREEN! BEFORE PRINTING THIS E-MAIL PLEASE CONSIDER WHETHER IT IS NECESSARY TO DO SO.
CONFIDENTIAL INFORMATION: THIS EMAIL MESSAGE ANY ANY ATTACHMENTS THEREIN IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR USE OF THE ADDRESSEE NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. THERE IS AND SHALL BE NO WAIVER OF ANY PRIVILEGE OR CONFIDENCE BY YOUR RECEIPT OF THIS TRANSMISSION. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE RETURN MAIL TO SENDER BY REPLYING TO THIS EMAIL MESSAGE OR BY TELEPHONE. THANK YOU.

Copyright © 2003-2019. All rights reserved.

CONFIDENTIAL
Defendants JURISDICTION 000057