# EXHIBIT F

**Brittany Rawlings <br@brawlings.com>**  4/23/2013 10:38 PM

# Hello

To Larry Salameno <lsalameno@permal.com> • James Barry <jbarry@pennyblackllc.com> •
Charles Salameno <csalameno@pennyblackllc.com>

Dear Mr. Salameno, Jim and Charles:

I hope this note finds you all well.  Just wanted to send a little update. I will be depositing the check for $50,000 in the fashionboss checking account shortly-  there was a delay in the account creation because I needed to move my law office operating and trust accounts  to a separate bank to avoid any attorney ethical regulation issues because Fashionboss could be considered a "law-related activity".

With the first use of funds, I will have a lawyer review the legal documents to send to you. ($500,000 for 33%)
With the help of Jim, we hope to find a cost-efficient web developer to build out an educational platform site that will be able to support video lectures and other virtual educational tools.
I am currently working on the graphic design of this educational platform (look and feel) - I have a strong vision for how  FashionBoss will look and feel to its users but please, by all means, feel free to recommend  any websites that have come across that you feel are good looking and intuitive and should be considered a good model for inspiration.

My next steps includes finding an editor to review our content for finalization.
The application for the ABA's certification program is also on the "to-do" list.

Last note, I would love to hear anyone's thoughts about the Bravo TV opportunity: It is a docu-drama about six young women who are entrepreneurs in nyc- four of them are in the fashion business. I have not made any decisions regarding whether to participate in the project; however, I can see how naturally FASHIONBOSS could be applied to many of their situations. It has been fully funded by Bravo and they would start filming end of July for approx 5 weeks through fashion week. This would, on one hand, be a free marketing platform, and on the other, a distraction two days a week and a total headache and after all – it's reality TV.  As your Partner, your input on this subject expressing any and all concerns will be paramount to any related decision about whether to participate.

Thank you all very much – I'm so excited to move forward with Penny Black.

BRITTANY RAWLINGS, Esq.



The Law Firm of Brittany Rawlings, P.A.
Fashion Lawyer & Corporate Litigator
E | br@brawlings.com
C | (239)  293-4391
O | (917)  647-4599

P    THINK GREEN! BEFORE PRINTING THIS E-MAIL PLEASE CONSIDER WHETHER IT IS NECESSARY TO DO SO.
CONFIDENTIAL INFORMATION: THIS EMAIL MESSAGE ANY ANY ATTACHMENTS THEREIN IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR USE OF THE ADDRESSEE NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. THERE IS AND SHALL BE NO WAIVER OF ANY PRIVILEGE OR CONFIDENCE BY YOUR RECEIPT OF THIS TRANSMISSION. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE RETURN MAIL TO SENDER BY REPLYING TO THIS EMAIL MESSAGE OR BY TELEPHONE. THANK YOU.

- A35842D4-CDDE-49CB-A01E-112678186154[29] png (22 KB)

CONFIDENTIAL
Defendants JURISDICTION 000066