# EXHIBIT J





CONFIDENTIAL
Defendants JURISDICTION 000287