# EXHIBIT K

| | |
|---|---|
| Subject | New Proposal Follow Up |
| From | brittany@fashionboss.com |
| Date | Tue, Jul 01, 2014 9 35 am |
| To | "Theresa Salameno" <tsalameno@gmail.com>, "Larry Salameno" <lsalameno@permal.com> |
| Attach | Proposed New Goals- FashionBoss Letter.doc |

Dear Mr. and Mrs. Salameno,

I hope this note finds you both well! I wanted to follow up to make sure you received the attached document from my email sent on Wednesday setting forth a revised budget and new proposal. I have copied and pasted it below for your convenience. I would be so appreciative if you could assist in introducing FashionBoss to investors and for one final disbursement to help us bridge the gap until we raise more money and/or are generating revenue. Our business needs $85,000 to sustain business operations for the next 8 months, however any financial assistance that you could help with in the immediate future would be deeply appreciated. Thank you so very much for your considerations and I look forward to hearing back from you.

Warmest Regards,
Brittany


Dear Mrs. Salameno,

I am happy to report that we can still produce our website close to schedule (and similar to what we represented to our partners/users) for a total of $85,000 in additional funding. Thus, I have cut our $500,000 budget to a $260,000 budget. The $85,000 will support and sustain our business efforts over the next 8 months while we raise funds from investors and Mr. Salameno's contacts, focus on launching the site, and pound the pavement. The reason our company needs $85,000 to sustain us for the next 8 months is because it typically takes 7 or 8 months to go through the whole fundraising process and if we are lucky, close on financing. Additionally, it takes on average 6 - 8 months after launch for startups to generate revenue. Therefore, it is wise to plan for such situations.

Unfortunately, our company has no other financial support options at the moment. So please forgive me for coming now on bended knee to humbly ask if you and Mr. Salameno would be able to provide one last and final distribution over the next couple months? Our business needs $85,000, however any other financial assistance amount that you could help with in the immediate future would be deeply appreciated.

The requested $85,000 is a solution for many reasons: 1) With $85,000, I will know where our company and I will be in the next few months and can move forward without fear of being sued under existing contracts and have the confidence to complete other pending transactions and partnerships; 2) we will have guaranteed funds to bridge the gap for the next 8 months until we secure other funding through Mr. Salameno's investor meetings or are generating our own revenue; 3) we can continue our educational goals and production of content; 4) it would satisfy Mr. Salameno's entire investment commitment; and 5) it would allow me to accurately describe to other investors our current funding, projections and equity stake that is available.

In order to carry out this new plan, we need: A) Mr. Salameno to set up meetings with other investors at his earliest convenience; B) a schedule of disbursements for the $85,000 or another final amount; and C) finalize the term sheet setting forth Penny Black / Salameno equity to reflect this last disbursement.

Please allow me to share my financial analysis in support of this request for $85,000:

In order to adjust our goals, we have had to cut down on expenses. I have applied to Medicaid for health insurance, let our interns go, have requested redesigns of the webpage layout so that we could launch with 18 topics (videos and bootcamps) as opposed to 40 topics, have requested that we spread the launch dates over a three to four month span (est. October - Jan) in order to start trimming living expenses and spreading out business costs. Lastly, I have reached out to colleagues to see if I could freelance as a lawyer part time.

By cutting out expenses and making adjustments, our $500,000 website budget was basically cut in half to a total budget of $260,000. However, even with these adjustments, cutting expenses, and your generous distribution of $15,000 (which in part needed to go to satisfying debt with existing contractors), we will still need $85,000 to bridge the gap until we have secured further investments and/or have started generating revenue from our users 8 months from now.

The following is the most conservative breakdown of financials we would need in order to finish the content for launch (i.e. 18 topics), market the site (i.e. publicist, advertisements, and create promotional fliers for schools, etc.), keep the website functioning after launch (i.e. hosting and maintenance fees), and a roof over my head. The total comes to $85,000.

**July, August, Sept = total approx $37,000**
$9000 (12 videos @ $750)- video production[1]
$7500 - edit all written content (terms and conditions, marketing copy and 6 education topics, etc.)[2]
$10,000- marketing budget for pre and post launch[3]
$1500/month- rent
$200/month- phone & utilities
$1000 (2 trip a month) - travel
$1500 ($16/day) – food
$1000/month - misc expenses

**October (launch part 1), November (launch part 2) & January (launch part 3)= approx $28,000**
$3000 - written content edits and updates
$500/month -hosting[4]
$4000/month- maintenance retainer[5]
$1500/month - rent

CONFIDENTIAL
Defendants JURISDICTION 000113

$200/month - phone & utilities
$2000 (3 trip/month) - travel
$1500 ($16/day) – food
$1000/month - misc expenses

**Jan, Feb, March = approx $31,000**
$7000 - written content edits and updates (add at least three new videos)
$500/month - hosting
$1500/month- maintenance retainer
$1500/month - rent
$200/month – phone & utilities
$2000 (3 trip/month) - travel
$1500 ($16/day) - food
$6500 - American Bar Association Accreditation Fee (once our application is approved)
$1000/month - misc expenses

It is with the upmost respect and humility, that I make this last request for financial help, and for introductions to other investors by Mr. Salameno. It is my sincerest hope that once we have this new budget in place and defined goals we can get back to focusing on and planning our etiquette education.

Where there is a will, there is a way!! :)

Thank you so much for everything, Mrs. Salameno.

Warmest Regards,
Brittany

---

[1]. Contract signed with DC videographer
[2]. Contract signed with editing team
[3]. Contract signed with publicist and digital marketing firm for 6 month term
[4]. The moment we launch the website we have to start paying for hosting and website maintenance fees. These are monthly on-going costs in order to keep the website accessible and functioning. The videos cause our hosting fees to be approx $500/month. This is an industry average based upon certain bandwith speed and storage of content on our website server mainly due to videos.
[5]. Additionally, for the first two or three months after we launch, we also need to have a maintenance retainer of $4,000/month with our web developers. This equates to 40 hours/month that will be needed to not only train me on how to fix smaller issues myself (and basically be the customer service center if a user cannot download a video or forgot their login information, etc.) but also will be used to fix any 'bugs' or user complaints that we did not expect. We will find that in the first two or three months that people will use the site and encounter problems that we do not find in our 'beta test' and therefore this maintenance retainer will be used to develop solutions or fix existing 'bugs' or glitches. It is a necessary evil and is the cheapest plan they offer. Thereafter, a maintenance retainer drops to about 10 hours a month. Having our development team on call via a mainteance retainer is wise because if the site crashes, is hacked, has glitches or errors, we want those issues corrected in less than 24 hours.

> -------- Original Message --------
> Subject: Proposed New Goals
> From: <brittany@fashionboss.com>
> Date: Wed, June 25, 2014 8:42 am
> To: "Theresa Salameno" <tsalameno@gmail.com>
> Cc: "Larry Salameno" <lsalameno@permal.com>
>
> Dear Mrs. Salameno,
>
> Thank you so much for your email and your kind words. I am truly grateful for everything you, Mr. Salameno and Charles have done for our company. I feel so blessed that through this journey, I have found a partner and special friend in you. I am so sorry that the market fluctuations have caused so much uncertainty of late. Sometimes life throws a curve ball and there is nothing we can do except have the right attitude and perspective on how to deal with it. So thank you for your positive thinking and good will!
>
> I, too, feel that by adjusting our goals we can still produce a website while seeking additional funding.
>
> As such, I spent the last week and a half working with our web development team adjusting our goals, itemizing and analyzing our bottom line expenses for the next 8 months (our most crucial and busy time) with our accountant, so my sincere apologies for the delay in responding to your email.
>
> I have attached a letter proposing new goals and how to achieve those goals with limited funds.
>
> Additionally, I wanted to share with you a preview of our most recent 'work-in-progress' video with our DC videographer: http://vimeo.com/m/99054669
> password: fashion
>
> Looking forward to hearing your thoughts about this new plan!
>
> Warmest Regards,
> Brittany

CONFIDENTIAL
Defendants JURISDICTION 000114

Print | Close Window

   Subject: **Investor Outreach**
      From: brittany@fashionboss.com
      Date: Mon, Jul 14, 2014 1 14 pm
        To: "Larry Salameno" <lsalameno@permal.com>, "Theresa Salameno" <tsalameno@gmail.com>

Hello Mr. Salameno,

Hope you are well! I just wanted to follow up on my email below regarding the investor outreach. Is there anything I can do? Have we received any responses?

Looking forward to hearing back from you.

Thank you very much,
Brittany

> -------- Original Message --------
> Subject: Investor Outreach
> From: <brittany@fashionboss.com>
> Date: Tue, July 08, 2014 6:57 am
> To: "Larry Salameno" <lsalameno@permal.com>
> Cc: "Theresa Salameno" <tsalameno@gmail.com>
>
> Dear Mr. Salameno,
>
> I hope you are well and had a lovely 4th of July with the family! I wanted to thank you reaching out to prospective investors on behalf of FashionBoss to secure additional funding. Is there anything I can do to assist you? I am prepared to follow up w th any introduct ons with the requis te p tch materials.
>
> I am very grateful and looking forward to these introductions.
>
> Thank you very much.
>
> Warmest Regards,
>
> Brittany

Copyright © 2003-2019. All rights reserved.

CONFIDENTIAL
Defendants JURISDICTION 000115