# EXHIBIT N

Print | Close Window

**Subject:** Re: Charles' address
**From:** Theresa Salameno <tsalameno@gmail.com>
**Date:** Thu, Mar 12, 2015 10:14 am
**To:** Brittany Rawlings <brittany@fashionboss.com>

Hi Brittany,

It is always such a pleasure when you visit us, we have fun and I learn new things. Both Larry and I are so impressed with the direction that FashionBoss taking. You have worked so hard and devoloped such an incredible platform that will help so many people.

I will be starting on my rewrites soon, at the moment I'm preping the two programs I have for next week but I'm excited to "revamp" my website. I have already had comments on facebook about my photo!

Charles address is 108 Becker Lane, Marietta, Ohio. 45750.

We spoke again last night and today begins the classes and riding and he seems to be making a number of friends already along the way.

Take care,

All our best wishes,

Theresa

On Wed, Mar 11, 2015 at 10:56 PM, <brittany@fashionboss.com> wrote:
> Hello Mr. & Mrs. Salameno,
>
> Great seeing you all yesterday and thank you for having me.
>
> I forgot to ask for Charles' address in Marietta. Since we drove together to his house, it dawned on me that I don't have an actual mailing address to send him his bday present and would hate to ruin a fun surprise!
>
> Would you mind sending me the address at your convenience?
>
> Thank you!
>
> Warmest Regards,
>
> **Brittany Rawlings**
> Fashion Lawyer | New York, Florida, D.C.
> Fashion Law Chair, Florida Bar EASL Executive Committee
> Founder and CEO | FashionBoss.com
> Designer | B.Rawlings
> C | 239-293-4391
> O | 917-647-4599
> E | brittany@fashionboss.com
>
> Blog | LinkedIn | Tumblr | Pinterest

Copyright © 2003-2019. All rights reserved.