# EXHIBIT S

Sometimes life throws a curve ball and there is nothing we can do except have the right attitude and perspective on how to deal with it. So thank you for your positive thinking and good will!

I, too, feel that by adjusting our goals we can still produce a website while seeking additional funding.

As such, I spent the last week and a half working with our web development team adjusting our goals, itemizing and analyzing our bottom line expenses for the next 8 months (our most crucial and busy time) with our accountant, so my sincere apologies for the delay in responding to your email.

I have attached a letter proposing new goals and how to achieve those goals with limited funds.

Additionally, I wanted to share with you a preview of our most recent 'work-in-progress' video with our DC videographer: http://vimeo.com/m/99054669
password: fashion

Looking forward to hearing your thoughts about this new plan!

Warmest Regards,
Brittany


-------- Original Message --------
Subject: Fwd: Script
From: Theresa Salameno <tsalameno@gmail.com>
Date: Thu, June 12, 2014 9:28 am
To: Brittany Rawlings <Brittany@fashionboss.com>

Hi Brittany,

Firstly I want to say how sorry I am that the funding is in question. The market fluctuations have had an negative impact and sadly it has now affected your project that I am honored to partner you in. I am sure that by adjusting our initial goals we can still produce a website while seeking additional funding.

I was not able to reach Zack so please see the email below that I sent to him.

Take care,

Theresa


---------- Forwarded message ----------
From: **Theresa Salameno** <tsalameno@gmail.com>
Date: Thu, Jun 12, 2014 at 12:12 PM
Subject: Re: Script
To: Zachary Bressler <jhtk2007@yahoo.com>

Hi Zack,

I apologize for the delay in replying but Brittany and I met earlier this week to discuss Fashionboss & Manners Matter's finances and budgets. Looking at the figures it is apparent that we are not in a position at this present time to commission you, Dan and Kevan to help us with our videos. Please be assured that the issue is not the prices you quoted for filming and editing but that we have to simplify our goals until we have a larger budget and can acquire additional funding.
Without doubt, we both want to work with you in the future if you would still be interested. Your expertise and knowledge would be advantageous to us as we move into the next stage. We are disappointed that we cannot work together as of now but hope that we can come back to you in the future and have this come to fruition.

On behalf of both Brittany and I, we so appreciative of the time you took to meet with us and look forward to a time when we can work together.

Best regards,
Theresa


On Mon, Jun 9, 2014 at 2:47 PM, Zachary Bressler <jhtk2007@yahoo.com> wrote:
> Hi guys,
> I hope all is well. I'm just checking in on your progress with the script. If we can get that sometime this week, we can work on the shotlist. If you have any questions or concerns please let me know. Thanks.
> Zach

Copyright © 2003-2019. All rights reserved.

CONFIDENTIAL
Defendants JURISDICTION 000271