# EXHIBIT V

# THE TEAM

Over 40+ years of combined experience in Data, Operations, Digital Marketing, Brand Strategy, Entrepreneurship, Legal, & Software Development



**Brittany Rawlings, Esq.**
CEO, Lawyer, Founder

University of Florida's 2015 "Outstanding Young Alumni", Rawlings is a lawyer with degrees in Business and Entrepreneurship. She is a Gen Art's Fresh Face of Fashion Accessory Design for her own line, B.Rawlings, whose pieces have been shown in Vogue Publications and carried at Bloomingdales, and is coined as a 'leading trailblazer' in a new legal field, fashion law. She advises tech startups to notable bloggers and B2C companies.



**Dino Causevic**
Engineer, CTO & Co-Founder

Daniel Krasner is a data scientist and engineer. His experience includes building trading platforms and financial models for hedge-funds, behavioral prediction systems for e-commerce/-publishing, ad optimization engines for marketers and eDiscovery pipelines and statistical visualizations for law firms. Dino focused his studies on big data, security standards, A.I., and machine learning.



**Caitlin Shockley,**
CMO

Caitlin Shockley has 10+ years experience in developing comprehensive branding and PR strategies for some of the world's top luxury and lifestyle brands, such as Porsche, Maria Sharapova, Hermes, Tourneau, Melissa Shoes with Karl Lagerfeld as well as working with startup tech companies.



**Sasha Ternent, MBA**
Data & Digital Strategist

Sasha Ternent is a luxury and startup industry specialist with international business experience in helping brands develop their online business and marketing strategies. Sasha has a background in finance and certification in Google Analytics.



**Penny Papanikolaou, CPA**
CFO
*(elite daily)*

CPA and Financial Controller at Elite Daily, an online fashion news marketplace with 75 million unique readers. Penny has experience in financial technology at FundTech, startups and creative endeavors.



**Charles Salameno,**
COO

Charles Salameno is a serial entrepreneur and strategic advisor to early stage companies. While attending Boston University in 2009, he started working with Penny Black LLC, a private investment firm in NYC, in which he was responsible for vetting new opportunities and negotiating investments, such as Indie-GoGo.

ADVISORS: Daniel Krasner phD (x.ai), Laune Harris (Amazon); Thomas Nyberg, PhD. (columbia); Richard Stone, Esq., Adam Eilenberg, Esq., Andy Won; James Barry; Lawrence Salameno

SMARTBOSS | 12

**Subject:** Daisy - secretary
**From:** Charles Salameno <csalameno@pennyblackllc.com>
**Date:** Wed, Oct 10, 2012 10:30 am
**To:** "brittany@fashionboss.com" <brittany@fashionboss.com>

Dacosta@permal.com

Sent from my iPhone

Copyright © 2003-2019. All rights reserved.

Case 1:19-cv-04442-PGG-BCM   Document 111-22   Filed 08/13/21   Page 3 of 3

Print  |  Close Window