# EXHIBIT X



CONFIDENTIAL
Defendants JURISDICTION 000173